IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES V. HOWARD,                :         3:05-CV-1372
    Plaintiff,              :         CIVIL ACTION NO. ~~3:05-1673~~
    v.                      :         (JUDGE CAPUTO)
BUREAU OF PRISONS, ET AL.,      :
    Defendants              :

FILED
SCRANTON
MAR - 1 2006
PER _____
DEPUTY CLERK

### MEMORANDUM

Plaintiff has filed a document entitled "Memorandum" (Doc. No. 70), which seeks an order directing the defendants to allow the administrative process to proceed. There is currently pending a motion for summary judgment (Doc. No. 38) filed by the defendants and respectfully which the plaintiff must respond by March 24, 2006. The current "Memorandum" is not permitted at this time. It will, therefore, be stricken from the record.

An appropriate order follows.

Date: February 28, 2006

A. Richard Caputo
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES V. HOWARD, | : |
| Plaintiff, | : CIVIL ACTION NO. ~~3:05-1677~~ 3:05-cv-1372 |
| v. | : (JUDGE CAPUTO) |
| BUREAU OF PRISONS, ET AL., | : |
| Defendants | : |

FILED
SCRANTON

MAR - 1 2006

PER _____ DEPUTY CLERK

### ORDER

NOW, this 28th day of February, 2006, IT IS HEREBY ORDERED that the Memorandum (Doc. No. 70) is stricken from the record.

A. Richard Caputo
United States District Judge